UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. LADELE, D.O.,**

    **Plaintiff,**

v.                                      Case No. 4:20-cv-00080-MW-MAF

**MHM HEALTH PROFESSIONALS, LLC,
f/k/a MHM HEALTH PROFESSIONALS, INC.**

    **Defendant.**
_____/

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S
RESPONSES TO DEFENDANT'S DISCOVERY**

Defendant, MHM Health Professionals, LLC ("Defendant" or "MHMHP"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order requiring Plaintiff to provide responses to Defendant's First Set of Interrogatories to Plaintiff Gregory A. Ladele and Defendant's First Request for Production of Documents to Plaintiff Gregory A. Ladele. The grounds upon which the instant motion is based are as follows:

1. Defendant served its First Set of Interrogatories to Plaintiff Gregory A. Ladele and its First Request for Production of Documents to Plaintiff Gregory A. Ladele upon counsel for Plaintiff on November 21, 2019.

ACTIVE 49910385v2

2. Pursuant to Federal Rule of Civil Procedure 34, Plaintiff's discovery responses were due on or before December 23, 2019.

3. On December 27, 2019, counsel for Defendant requested the status of the past-due discovery responses without response. *See* **Exhibit "A"** (email correspondence between Plaintiff's counsel and Defendant's counsel).

4. On January 13, 2020, counsel for MHMHP again requested the status of the outstanding discovery.

5. On the same day, counsel for Plaintiff agree to produce discovery responses "by the end of the week."

6. On January 27, 2020, having not received anything, counsel for Defendant again requested the status of the responses. Further, counsel for Defendant informed Plaintiff's counsel that "we will need to seek judicial relief" if the discovery responses were not propounded.

7. On the same date, counsel for Plaintiff responded: "Sorry for the delay. We are working on the discovery responses and you should have them shortly."

8. On February 3, 2020, counsel for Defendant contacted counsel for Plaintiff regarding a status update on the discovery responses and notified Plaintiff's counsel that Defendant intended to file a motion to compel.

ACTIVE 49910385v2

9. On the same date, February 3, 2020, counsel for Plaintiff responded that the discovery responses would be received "within the next day or so."

10. On March 12, 2020, Defendant filed Defendant's Status Report. [Doc. 9]. Defendant noted that it had not received responses to the outstanding discovery responses.

11. On March 12, 2020, Plaintiff filed Plaintiff's Status Report. [Doc. 10]. Plaintiff submitted to the Court that he "anticipated Plaintiff will submit discovery requests to Defendant no later than March 2020."

12. To date, and for almost five months, Plaintiff has completely failed to respond to either Defendant's First Request for Production of Documents to Plaintiff Gregory A. Ladele or Defendant's First Set of Interrogatories to Plaintiff Gregory A. Ladele.

13. Plaintiff's failure to produce discovery responses is obstructing discovery in this case.

14. Accordingly, MHMHP respectfully requests that this Court enter an Order compelling Plaintiff to produce discovery responses and awarding MHMHP its attorneys' fees incurred in preparing the instant motion and for any such other relief that the Court deems warranted.

ACTIVE 49910385v2

## **CERTIFICATE OF RULE 7.01(B)**

The undersigned counsel certifies that on two occasions, January 27, 2020 and February 3, 2020, counsel for MHMHP made good faith efforts to resolve this issue and to notify Plaintiff's counsel of its intent to file a motion to compel discovery if Plaintiff's responses were not received.  The conciliation provided Plaintiff additional time to respond prior to the filing of the instant motion, however, Plaintiff has still not met his discovery obligations.

Respectfully submitted,

/s/Catherine H. Molloy
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

> Farnita Saunders Hill
> Marie A. Mattox, P.A.
> 203 North Gadsden Street
> Tallahassee, Florida 32301
> farnita@mattoxlaw.com
> jervonie@mattoxlaw.com
> michelle2@mattoxlaw.com

/s/Catherine H. Molloy
Attorney

ACTIVE 49910385v2