UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY A. LADELE, D.O.,**

    **Plaintiff,**

v.                                             Case No. 4:20-cv-00080-MW-MAF

**MHM HEALTH PROFESSIONALS, LLC,**
**f/k/a MHM HEALTH PROFESSIONALS, INC.**

    **Defendant.**
_____/

**MHM HEALTH PROFESSIONALS, LLC'S**
**<u>RULE 26(a)(1)(A) DISCLOSURES</u>**

Defendant MHM Health Professionals, LLC ("MHMHP"), by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1).  MHMHP reserves the right to modify or supplement these disclosures as discovery progresses.

**26(a)(1)(A)(i):   Individuals Likely to Have Discoverable Information That Defendant May Use to Support Its Defenses:**

1.    Gregory A. Ladele
    c/o Marie A. Mattox
    MARIE A. MATTOX, P.A.
    203 North Gadsden Street
    Tallahassee, FL 32301
    (850) 641-8988
    Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

2. Tamara Taylor
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

3. Lisa Lynch
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

4. Victoria Love
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

5. Priscilla Roberts
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

6. Dr. Jeffrey Keller
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   molloyk@gtlaw.com
   (813) 318-5710
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

7. Brandice Corbin
   
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

8. Janet Thompson
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

9. Dr. Daniel Cherry
   
   Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

10. Janet Dobson
    c/o Catherine H. Molloy
    GREENBERG TRAURIG, P.A.
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    molloyk@gtlaw.com
    (813) 318-5710
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

11. Ashley Weseman
    c/o Catherine H. Molloy
    GREENBERG TRAURIG, P.A.
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    molloyk@gtlaw.com
    (813) 318-5710
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

12. Krystal Ginn
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

13. Dr. Chris Haddad
    ■■■■■■■■■■
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

14. Dr. Gerald Amatucci
    c/o Catherine H. Molloy
    GREENBERG TRAURIG, P.A.
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    molloyk@gtlaw.com
    (813) 318-5710
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

15. Krista Minta
    c/o Catherine H. Molloy
    GREENBERG TRAURIG, P.A.
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    molloyk@gtlaw.com
    (813) 318-5710
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

16. Dr. Pablo Lomangcolob
    c/o Catherine H. Molloy
    GREENBERG TRAURIG, P.A.
    101 E. Kennedy Blvd., Suite 1900
    Tampa, FL 33602
    molloyk@gtlaw.com
    (813) 318-5710
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

17. All individuals identified in Plaintiff's Rule 26(a)(1)(A) Disclosure

18. All individuals identified by Plaintiff during the course of discovery

19. All individuals identified by Defendant during the course of discovery.

**26(a)(1)(A)(ii):   Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of Defendant That It May Use to Support Its Defenses:**

1. Plaintiff's personnel file with MHMHP;

2. All documents received via Chapter 119, *Fla. Stat.* public records requests and/or Freedom of Information Act requests;

3. MHMHP's Employee Handbook & Code of Business Conduct; and

4. All documents produced in discovery.

**26(a)(1)(A)(iii):   Computation of Categories of Damages:**

MHMHP reserves the right to seek its attorneys' fees and costs attendant to the defense of this case under any available statutory provisions. The amount of fees that may be claimed is currently unknown.

**26(a)(1)(A)(iv):   Insurance Disclosure:**

5

MHMHP will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

/s/ Catherine Molloy

Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2020, the foregoing document was sent electronically to:

Farnita Saunders Hill
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
farnita@mattoxlaw.com
jervonie@mattoxlaw.com
michelle2@mattoxlaw.com

6

_____
Attorney