**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GREGORY A. LADELE, D.O.,**

      **Plaintiff,**

v.                                                    Case No.  4:20cv80-MW/MAF

**MHM HEALTH PROFESSIONALS,
LLC, f/k/a MHM HEALTH
PROFESSIONALS, INC.,**

      **Defendant.**
_____/

**ORDER DENYING IN PART MOTION TO COMPEL**

This Court has considered, without hearing, Defendant's Motion to Compel Plaintiff's Responses to Defendant's Discovery, ECF No. 14, along with Plaintiff's Response to Defendant's Motion. ECF No. 19. The motion is **DENIED in part as moot** without prejudice to renew if Plaintiff's responses are not adequate. The motion is **GRANTED** insofar as this Court awards attorney's fees by stipulation to Defendant.  This Court will determine the amount of fees at the end of the case.

    **SO ORDERED on April 21, 2020.**

                                 **s/ MARK E. WALKER
                                 Chief United States District Judge**